UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSHUA JAVIUS, | ) | CIV F 04-6752 OWW LJO HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF |
| v. | ) | TIME TO FILE OBJECTIONS |
| | ) | (DOCUMENT #5) |
| R. CAMPBELL, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 7, 2005, petitioner filed a motion to extend time to file objections to the Magistrate's Report and Recommendation of March 3, 2005. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

**Dated:   April 19, 2005**          **/s/ Lawrence J. O'Neill**
23ehd0                                               UNITED STATES MAGISTRATE JUDGE