UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSHUA JAVIUS, | ) | CV F 04 6752 OWW LJO HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #4] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| R. CAMPBELL, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondent. | ) | TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 3, 2005, the Magistrate Judge issued a Findings and Recommendation that the petition for writ of habeas corpus be DISMISSED for failure to comply with a court order. Specifically, the Court found Petitioner had failed to submit a certified copy of his prison trust account, or in the alternative, pay the five dollar ($5.00) filing fee as ordered by the Court on January 20, 2005. The Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order.

1    On April 7, 2005, Petitioner filed a request for an extension of time to file objections.

2    On April 20, 2005, the Magistrate Judge granted an extension of time of thirty (30) days in
3 which to file objections. On May 6, 2005, the order served on Petitioner was returned by the U.S.
4 Postal Service as undeliverable. The following remark was stamped on the returned mail: "RETURN
5 TO SENDER - Not at this address; Trans to CMC, PO Box 8101, San Luis Obispo, CA 93409."
6 The Clerk of Court re-served the order on Petitioner at this new address. However, over thirty (30)
7 days have passed yet again, and no party has filed objections.

8    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*
9 *novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings
10 and Recommendation is supported by the record and proper analysis.

11    Accordingly, IT IS HEREBY ORDERED that:

12    1. The Findings and Recommendation issued December 7, 2004, is ADOPTED IN FULL;

13    2. The petition for writ of habeas corpus is DISMISSED without prejudice; and

14    3. The Clerk of the Court is DIRECTED to enter judgment.

15 IT IS SO ORDERED.

16 **Dated:   June 21, 2005**                    **/s/ Oliver W. Wanger**
   emm0d6                                        UNITED STATES DISTRICT JUDGE